# Exhibit A

**Exhibit A**

Vermont Superior Court

JUN 29 2021

**STATE OF VERMONT**

**SUPERIOR COURT**
Unit

FILED: Franklin Civil

**CIVIL DIVISION**
Docket No. 21-CV-01704

Plaintiff: Richard A. Martell

vs.

Defendant(s): Costco Corperate / Chris Stafford / Scott Bacon

**COMPLAINT**

My name is (print or type) Richard A. Martell.

I am suing the person/people/organization/company listed above as defendant(s) because he/she/they/it did the following:
1. Violated My Civil Rights
2. Obstructed Lawful and Judicial Process
3. Threatened Termination of Employment
4. Conspiracy Against Rights (U.S. Code Provision 3 18 U.S.C. § 241)

(add additional numbered lines on separate page if necessary)

I am asking for:
1. $829,000.00
2. 10 years Medical Insurance Coverage
3. My 25yr Costco Bonus
4.

I believe the following rule or law applies:
1. Constitutional Rights
2. Civil Rights
3. Retirement Plan

I understand that I must have all of the following documents served on every Defendant by the Sheriff's or Constable's office, OR have the Defendant sign a form agreeing to accept the papers by mail (a **Waiver of Service** form):
- a **Summons** signed by the Clerk,
- a blank **Notice of Appearance** form for the Defendant to fill in, and
- a copy of this **Complaint** (and any attachments).

I also understand that:
- I must promptly file the proof of service or the signed waiver form with the Court
- anything else I file with the Court must be sent to every party in the case, and I must file a **Certificate of Service** form with each filing showing that I did that, and
- I have to follow the Vermont Rules of Civil Procedure.

Date
June 10, 2021

Signature: *Richard A Martell*
Print/Type Name: Richard A. Martell
Address: 28 N. Elm St. Sant Albans, VT 05478

Address 2:
Email: Dboy1167@Gmail.com
Phone Number: 802-324-0256

**STATE OF VERMONT**

**SUPERIOR COURT**  
**Franklin      Unit**

Civil  
Docket No.

**DIVISION**

Vermont Superior Court

JUN 29 2021

**CERTIFICATE OF SERVICE**

FILED: Franklin Civil

I certify that I have today delivered the following documents to all other parties to this case:
Richard A Martell

☐ By first class mail by depositing it in the U.S. mail;
☐ By personal delivery to _____ or his/her counsel;
☑ Other: Explain: Delivering to Sheriff to be served

The names and addresses of the parties/lawyers to whom the mail was addressed or personal delivery was made are as follows: *(Attach additional sheets, if necessary)*

Name: Scott Bacon  
Chris Stafford

Address: 218 Lower Mountain View dr. Colchester VT 05446  
218 Lower Mountain view dr Colchester, VT 05446

Dated: June 10, 2021

Signature: Richard A. Martell  
Print Name: Richard A. Martell

Counsel