# Exhibit C

Exhibit C

# CHITTENDEN COUNTY SHERIFF'S OFFICE
## P.O. BOX 1426
## BURLINGTON, VERMONT 05402

## RETURN OF SERVICE

_____ vs. _____

Docket # _____

On the ___9___ day of ___July___, 20__21__ I made service of the following document(s) upon the defendant _____

- ☐ Summons
- ☐ Complaint
- ☐ Motion(s)
- ☐ Affidavit
- ☐ Summons to Trustee
- ☐ List of Exemptions
- ☐ Trustee Disclosure Under Oath
- ☐ Order to Escrow Rent
- ☐ Notice to Vacate
- ☐ Subpoena - Witness fees of _____
- ☐ Interrogatories
- ☐ Exhibit(s)
- ☐ Writ of Possession
- ☐ Judgment Order
- ☐ Order _____
- ☐ Memorandum of Law
- ☐ Notice of Hearing _____
- ☐ Writ of Attachment
- ☐ Recognizance

☐ _____
☐ _____
☐ _____

☐ by delivering a copy of the same to the defendant.

☐ by delivering a copy of the same to _____

☐ a person of suitable age and discretion and then and there a resident at the usual place of abode of said defendant.

☐ At _____

Vermont, (for each of them) a copy thereof with my return endorsed thereon.

Service _____   Copies $ _____
Travel _____   Miles _____
Postage _____
Copying _____   Copies _____
Other _____

TOTAL           $ _____

Sheriff/Deputy Sheriff



*DEFENDANTS COPY*

*DEFENDANTS COPY: PLEASE LEAVE THIS COPY WITH THE DEFENDANT AFTER SERVICE HAS BEEN PERFECTED*

# DEFENDANTS PACKET

THIS PACKET IS TO BE GIVEN TO THE DEFENDANT
WHEN SERVICE IS BEING PERFECTED BY THE PROCESS SERVER.

NOTE TO PLAINTIFF/PROCESS SERVER:

DO NOT TAKE THIS PACKET APART.  THIS ENTIRE PACKET GOES TO THE DEFENDANT.

**VERMONT SUPERIOR COURT**
Franklin Unit
17 Church Street
St. Albans VT 05478
802-524-7993
www.vermontjudiciary.org



**CIVIL DIVISION**
Case No. 21-CV-01704

Richard Martell v. Costco Corporation, et al

**THIS SUMMONS IS DIRECTED TO:** Costco Corporation; Chris Stafford; Scott Bacon

1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this summons. Do not throw these papers away. They are official papers that affect your rights.

2. **YOU MUST REPLY WITHIN 21* DAYS TO PROTECT YOUR RIGHTS.** You must give or mail the Plaintiff a written response called an Answer within 21* days of the date on which you received this Summons. You must send a copy of your Answer to the Plaintiff or Plaintiff Attorney located at:
   
   Richard A. Martell
   28 North Elm Street
   St Albans VT 05478

   You must also give or mail your Answer to the Court located at:

   Franklin Unit – Civil Division
   17 Church Street, St. Albans VT 05478

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT GIVE YOUR WRITTEN ANSWER TO THE COURT.** If you do not Answer within 21* days and file it with the Court, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the complaint.

5. **YOU MUST MAKE ANY CLAIMS AGAINST THE PLAINTIFF IN YOUR REPLY.** Your answer must state any related legal claims you have against the Plaintiff. Your claims against the Plaintiff are called Counterclaims. If you do not make your Counterclaims in writing in your Answer, you may not be able to bring them up at all. Even if you have insurance and the insurance company will defend you, you must still file any Counterclaims you may have.

6. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you cannot afford a lawyer, you should ask the court clerk for information about places where you can get free legal help. **Even if you cannot get legal help, you must still give the Court a written Answer to protect your rights or you may lose the case.**

7. **NOTICE OF APPEARANCE FORM.** THE COURT NEEDS TO KNOW HOW TO REACH YOU SO THAT YOU WILL BE INFORMED OF ALL MATTERS RELATING TO YOUR CASE. If you have not hired an attorney and are representing yourself, in addition to filing the required answer it is important that you file the Notice of Appearance form attached to this summons, to give the court your name, mailing address and phone number (and email address, if you have one). You must also mail or deliver a copy of the form to the lawyer or party who sent you this paperwork, so that you will receive copies of anything else they file with the court.

*Gina Lumbra*

Gina Lumbra, Court Operations Manager
Franklin Civil Division 06/29/2021

Plaintiff's Attorney / Clerk

Served on __6-9-21__
            Date

Dated

Sheriff

\*Use 21 days, except that in the exceptional situations where a different time is allowed by the court in which to answer, the different time should be inserted.

**VERMONT SUPERIOR COURT**
Franklin Unit
17 Church Street
St. Albans VT  05478
802-524-7993
www.vermontjudiciary.org



**CIVIL DIVISION**
Case No. 21-CV-01704

| Richard Martell v. Costco Corporation, et al |
|---|

### NOTICE OF APPEARANCE
### For Self-Represented Litigant

I am the:    ☐ Plaintiff    ☐ Defendant  in this case.

I will represent myself and in addition to filing the required answer, I hereby enter my appearance with the court. If I decide to be represented by an attorney in the future, either my attorney or I will notify the court of the change.

In representing myself, I understand that I MUST:

1. Notify the court in writing of any changes in my address, phone number, or email address.
2. Give or send copies of any papers I file with the court to every other party in this case. If another party has an attorney, I will give or send copies to that party's attorney.
3. File a certificate of service with the court swearing that I have sent the papers I am filing to all parties. I understand that I can find that form on the Vermont Judiciary website or at the court house.

All court papers may be mailed to me by first class mail at the address listed below.

| My Street Address | | | My Mailing Address (if different) | | |
|---|---|---|---|---|---|
| | | | | | |
| *Name* | | | *Name* | | |
| *Address* | | | *Address* | | |
| *Town/City*   *State*   *Zip* | | | *Town/City*   *State*   *Zip* | | |
| *Phone Number (day)* | | | *Phone Number (day)* | | |
| *Email Address* | | | *Email Address* | | |

Dated _____           *Signature* _____

                                                                *Printed Name* _____

**STATE OF VERMONT**

**SUPERIOR COURT**     Unit

FILED: Franklin Civil

**CIVIL DIVISION**
Docket No. 21-CV-01704

Plaintiff: Richard A. Martell vs. Defendant(s): Costco Corperate / Chris Stafford / Scott Bacon

## COMPLAINT

My name is (print or type) Richard A. Martell.

I am suing the person/people/organization/company listed above as defendant(s) because he/she/they/it did the following:
1. Violated My Civil Rights
2. Obstructed Lawful and Judicial Process
3. Threatened Termination of Employment
4. Conspiracy Against Rights (U.S. Code Provision 18 U.S.C. § 241)

(add additional numbered lines on separate page if necessary)

I am asking for:
1. 829,000.00
2. 10 years Medical Insurance Coverage
3. My 25yr Costco Bonus
4.

I believe the following rule or law applies:
1. Constitutional Rights
2. Civil Rights
3. Retirement Plan

I understand that I must have all of the following documents served on every Defendant by the Sheriff's or Constable's office, OR have the Defendant sign a form agreeing to accept the papers by mail (a Waiver of Service form):
- a **Summons** signed by the Clerk,
- a blank **Notice of Appearance** form for the Defendant to fill in, and
- a copy of this **Complaint** (and any attachments).

I also understand that:
- I must promptly file the proof of service or the signed waiver form with the Court
- anything else I file with the Court must be sent to every party in the case, and I must file a **Certificate of Service** form with each filing showing that I did that, and
- I have to follow the Vermont Rules of Civil Procedure.

Date
June 10, 2021

Signature: *Richard A Martell*

Print/Type Name: Richard A. Martell

Address: 28 N. Elm St. Sant Albans, VT 05478

Address 2:

Email: Dboy1167@Gmail.Com

Phone Number: 802-324-0256

**STATE OF VERMONT**

**SUPERIOR COURT**  
Franklin Unit

Civil *DIVISION*  
Docket No.

Vermont Superior Court

⋯ 3 9 2021

FILED: Franklin Civil

## CERTIFICATE OF SERVICE

I certify that I have today delivered the following documents to all other parties to this case:

Richard A. Martell

☐ By first class mail by depositing it in the U.S. mail;
☐ By personal delivery to _____ or his/her counsel;
☒ Other: Explain: Delivering to Sheriff St. to be served

The names and addresses of the parties/lawyers to whom the mail was addressed or personal delivery was made are as follows: *(Attach additional sheets, if necessary)*

| Name | Address |
|---|---|
| Scott Bacon | 218 Lower Mountain View dr. Colchester VT 05446 |
| Chris Stafford | 218 Lower Mountain view dr Colchester, VT 05446 |

Dated: June 10, 2021

Signature: _(signed)_
Print Name: Richard A. Martell
Counsel

Vermont Superior Court

JUL 9 2021

FILED: Franklin Civil

**STATE OF VERMONT**

**SUPERIOR COURT**  Franklin Unit    _____ Civil DIVISION

Docket No.: _____

Plaintiff(s) Richard Allen Martell vs. Defendant(s) Costco Corporate, Christopher Stafford, Scott Bacon

**NOTICE OF APPEARANCE**
**For Self-Represented Litigant**

I am the: ☑ Plaintiff  ☐ Defendant  in this case.

I will represent myself and, in addition to filing the required answer, I hereby enter my appearance with the court. If I decide to be represented by an attorney in the future, either my attorney or I will notify the court of the change.

In representing myself, I understand that I MUST:

1. Notify the court in writing of any changes in my address, phone number, or email address.
2. Give or send copies of any papers I file with the court to every other party in this case. If another party has an attorney, I will give or send copies to that party's attorney.
3. File a certificate of service with the court swearing that I have sent the papers I am filing to all parties. I understand that I can find that form on the Vermont Judiciary website or at the court house.

All court papers may be mailed to me by first class mail at the address listed below.

| My Street Address | My Mailing Address (if different) |
|---|---|
| Name: Richard A. Martell | Name: |
| Address: 28 North Elm Street | Address: |
| Town/City: Saint Albans  State: Vermont  Zip: 05478 | Town/City:  State:  Zip: |
| Phone Number (day): 802-324-0256 | Phone Number (day): |
| Email Address: Dboy1167@gmail.com | Email Address: |

Dated: 06/10/2021

Signature: Richard A Martell
Printed Name: Richard A Martell

VERMONT SUPERIOR COURT
Franklin Unit
17 Church Street
St. Albans VT 05478
802-524-7993
www.vermontjudiciary.org



CIVIL DIVISION
Case No. 21-CV-01704

Richard Martell v. Costco Corporation, et al

Richard A. Martell
28 North Elm Street
St Albans VT 05478

## NOTICE OF ASSIGNED CASE NUMBER

Please be advised Case Number **21-CV-01704** has been assigned to the case of **Richard Martell v. Costco Corporation, Christopher Stafford, Scott Babon.**

*Gina Lumbra*

Gina Lumbra, Court Operations Manager
Franklin Civil Division

June 29, 2021