Vermont Superior Court

# STATE OF VERMONT

FILED: Franklin Civil

## SUPERIOR COURT

Franklin    Unit                                          Docket No. _____

### APPLICATION TO WAIVE FILING FEES AND SERVICE COSTS

Name *(First & Last)* Richard Allen Martell
Street Address: 28 North Elm Street
City/State/Zip: Saint Albans Vermont 05478
Mailing Address: *(if different from street address)* _____
Telephone Number: 802-324-0266  Date of Birth: 04-11-1967  Social Security #: 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

**Others Living with You** *(include adults & children)*

_____

_____

**Total Number Living in Household** _____1_____

RECEIVED
SEP 14 2021
2:21-cv-188
U.S. DISTRICT COURT
BURLINGTON, VT

**-Employment**
Are you employed? ☑ Yes  ☐ No   *If Yes, list Employers' Name & Address*

Employer Name: Costco
Employer Address: 218 Lower Mountain View Dr, Colchester, VT 05446

| Income | Expenses |
|---|---|
| Do you receive Public Assistance? ☐ Yes ☒ No *(including TANF/Reach UP; SSI, General Assistance)* | Enter your **monthly household expenses** |
| **Your Current Monthly Income** | Rent or Mortgage Payment $1,120.00 |
| | Electric Service $340.00 |
| | Phone $76.00 |
| Gross Income from Wages $_____ | Fuel *(heat and/or gas)* $109.00 |
| Unemployment Compensation $_____ | Food $300.00 |
| Child Support $_____ | Clothing $_____ |
| Public Assistance $_____ | Medical $400 |
| Other Income $1,800.00 | Child Support $_____ |
| *(including Disability Insurance & Social Security)* | Auto Loan Payment $347.03 |
| Self-Employment/Business Income $_____ | Property Taxes $ in w. Mortgage |
| *(other than wages)* | Insurance *(health, auto, etc.)* $ in w. Mortgage |
| Total Monthly Income $1,800.00 | Other Expenses water $389.00 |
| Total Income in the past 12 months $83,000 | Total Expenses Fidelity Retirement $2940.43 |
| Is your income in the last 30 days significantly different from your monthly income during the previous year? ☒ Yes ☐ No | |
| If Yes, please explain the circumstance on the next page. | |

600-00228 – Application to Waive Filing Fees & Service Costs (08/2020)                                    Page 1 of 3

| Cash Assets | | Other Assets | | |
|---|---|---|---|---|
| | | | Real Estate (Location) | Auto (Make, Model, Year) |
| | | | | 2014 Toyota Tacoma |
| Cash on Hand | $700.00 | Fair Market | $156,000 | $26,000 |
| Checking Account | $160.00 | Value Outstanding | $ | $4,000 |
| Savings Account | $578.00 | Mortgage | $141,000 | $ |
| Total Cash Assets | $1438.00 | Net Value | $ | $ |

## Additional Assets

I have additional assets: ☐ Yes ☐ No    *If Yes, describe them below*

| Vehicles | Make, Model, Year | Fair Market Value (FMV) | Amount Owed | Net Value |
|---|---|---|---|---|
| | | $ | $ | $ |
| | | $ | $ | $ |
| | | $ | $ | $ |
| | | $ | $ | $ |

| Real Property | Description | FMV | Mortgage | Net Value |
|---|---|---|---|---|
| | | $ | $ | $ |
| | | $ | $ | $ |

| Other Assets (examples - tools, equipment, recreational vehicles, electronics, stocks, bonds, etc.) | Description | FMV | Use additional sheets as necessary |
|---|---|---|---|
| | Ayts Retirement Roth IRA | 130,000.00 | |

## Change in Monthly Income

If your current monthly income is significantly different from last year's income, describe the reasons for the change.

My income last year (past 12 months) was     $10,000

The reason for the change is: Was forced to take Medical Disability Leave from Bud. Ly. Death threat by Black Non-Member.

I request the Court waive filing fees and/or pay service fees in this case because of my low income. I further state that all of my answers are true to the best of my knowledge and belief, **under penalty of perjury.**

Signed and sworn before me
Applicant Signature *[signature]*                    Date _____

**Notary Public**
Signature _____    Date _____
Printed Name _____    License # _____    Commission Expiration Date _____

## Determination of Financial Eligibility

☐ **The Application is DENIED**
The gross income of the applicant is greater than 150% of the poverty line, AND the applicant does not receive public assistance. The applicant is able to pay the filing fee and costs of service without expending income or liquid resources necessary for the maintenance of the applicant and all dependents.
**YOU MUST PAY $_____ TO THE COURT CLERK WITHIN 30 DAYS OR THE CASE WILL BE DISMISSED.**

☒ **The Application is GRANTED**
  ☐ Applicant receives public assistance OR
  ☐ The gross income of the applicant is at or below 150% of the poverty income guidelines. OR
  ☐ Applicant is unable to pay the entire filing fee or costs of service without expending income or liquid resources necessary for the maintenance of the applicant and all dependents.
  **THE FILING FEES AND COSTS OF SERVICE IS WAIVED.**

☐ **The Application is GRANTED in part and DENIED in part**
Applicant is a financially needy person; however, based on the financial statement, Applicant is able to pay the costs of service without expending household income or liquid resources necessary for the maintenance of the applicant and all dependents.
**THE FILING FEES ARE WAIVED. THE COSTS OF SERVICE ARE NOT WAIVED.**
You must pay $_____ in Service fees to ☐ the Clerk ☐ sheriff.
You must pay $_____ to the Court Clerk within 30 days or the case will be dismissed.

Date
_06/29/2021_

Signature of Clerk or Designee
_Tina Kumbra_

**Notice of Right to Appeal:** You have the right to appeal this order to the Judge of this Court. Your appeal must be filed in writing with the Clerk of this Court with 7 days of the date of this Order.