Vermont Superior Court

JUN 29 2021

**STATE OF VERMONT**

**SUPERIOR COURT**                **CIVIL DIVISION**
Unit _____               Docket No. 21-CV-01704

FILED: Franklin Civil

Plaintiff: Richard A. Martell vs. Defendant(s): Costco Corporate / Chris Sitesfield / Ed Bacon

RECEIVED
SEP 14 2021
2:21-cv-188
U.S. DISTRICT COURT
BURLINGTON, VT

## COMPLAINT

**My name is** (print or type) Richard A. Martell.

**I am suing** the person/people/organization/company listed above as defendant(s) because he/she/they/it did the following:

1. Violated My Civil Rights
2. Obstructed Lawful and Judicial Process
3. Threatened Termination of Employment
4. Conspiracy Against Rights (U.S. Code Provision 18 U.S.C. § 241)

(add additional numbered lines on separate page if necessary)

**I am asking for:**

1. 829,000.00
2. 10 years Medical Insurance Coverage
3. My 25yr Costco Bonus
4.

**I believe the following rule or law applies:**

1. Constitutional Rights
2. Civil Rights
3. Retirement Plan

I understand that I must have all of the following documents served on **every** Defendant by the Sheriff's or Constable's office, **OR** have the Defendant sign a form agreeing to accept the papers by mail (a **Waiver of Service** form):

- a **Summons** signed by the Clerk,
- a blank **Notice of Appearance** form for the Defendant to fill in, and
- a copy of this **Complaint** (and any attachments).

I also understand that:
- I must promptly file the proof of service or the signed waiver form with the Court
- anything else I file with the Court must be sent to every party in the case, and I must file a **Certificate of Service** form with each filing showing that I did that, and
- I have to follow the Vermont Rules of Civil Procedure.

Date
June 10, 2021

*Richard A Martell*
Signature

Richard A. Martell
Print/Type Name

28 N. Elm St. Sant Albans, VT 05478
Address

Address 2
Dboy1167@gmail.com
Email

802-324-0256
Phone Number